UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JUDITH ANN KLENCHIK,

                      Plaintiff,

    -v-                                    5:18-CV-609
                                           (DNH/DEP)

LATISHA STANLEY-RATCHFORD,
Supervisor; CINDY SOMMERS, Human
Resources; and DAN KELLY, Executive
Director,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:

JUDITH ANN KLENCHIK
Plaintiff pro se
101 East Skyland Circle
Asheville, NC 28806

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Judith Ann Klenchik brought this civil action alleging that defendants discriminated against her on the basis of disability in violation of federal law. On July 31, 2018, the Honorable David E. Peebles, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed with leave to amend. Plaintiff has filed timely objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. This action is DISMISSED with leave to replead within thirty days of the date of this Decision and Order;

2. If plaintiff files a timely amended complaint, it be forwarded to the Magistrate Judge for review; and

3. If plaintiff fails to file an amended complaint within thirty (30) days of the date of this Decision and Order, the Clerk dismiss the action without further order.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 29, 2018
       Utica, New York.